IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DELBERT DEAN SPEAR,<br><br>Defendant. | Cause No. CR-24-32-BLG-SPW<br><br>**ORDER** |

Upon the United States' Unopposed Motion to Dismiss Counts 1 and 2 of the Indictment Without Prejudice (Doc. 32), and for good cause appearing,

**IT IS HEREBY ORDERED** that pursuant to Fed. R. Crim. P. 48(a), the United States' Motion (Doc. 32) is **GRANTED**. Counts 1 and 2 of the Indictment are **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 4th day of December, 2024.

_Susan P. Watters_
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE

1